UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL MARCELLO, ) | |
| ) | No. 02 CR 1050-8 |
| Defendant, ) | |
| ) | Judge Leinenweber |
| and ) | |
| ) | |
| PRUDENTIAL FINANCIAL and JP ) | |
| MORGAN CHASE, N.A., ) | |
| ) | |
| Third Party Respondents. ) | |

## CONSOLIDATED MOTION FOR TURNOVER ORDERS

The United States, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves this court for turnover orders and in support states as follows:

1. The court entered a restitution judgment against defendant Michael Marcello, on March 11, 2008. As of August 5, 2019, Marcello has an outstanding balance of $37,944.17.

2. The United States may use any civil procedure to enforce the judgment. 18 U.S.C. §§ 3613(a) and (f).

### REQUEST 1 (PRUDENTIAL FINANCIAL)

3. A citation to discover assets directed to Prudential Financial was issued on November 18, 2015, and Marcello, was served on November 19, 2015, with statutory notice.

4. Third-party citation respondent Prudential Financial answered the citation to discover assets on December 8, 2015. A copy of the answer is attached as Exhibit A. Marcello was served with a copy of the answer by the respondent, as reflected in paragraph 8 of the

answer. Prudential Financial stated that at the time the citation was served it had in its possession or under its control, property belonging to Marcello. Based upon the Prudential Financial's answer, the United States is entitled to $5,641.19, which represents Marcello's interest in the life insurance policy being held by the respondent, which is not exempt from garnishment. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

5. Prudential has confirmed that it is still holding the funds.

### REQUEST 2 (JP MORGAN CHASE, N.A.)

6. A citation to discover assets directed to the respondent JP Morgan Chase, N.A. was issued on November 18, 2015, and Marcello, was served on November 23, 2015, with statutory notice.

7. Third-party citation respondent JP Morgan Chase, N.A. answered on December 3, 2015. A copy of the answer is attached as Exhibit B. Marcello was served with a copy of the answer by the respondent, as reflected in paragraph 8 of the answer. JP Morgan Chase, N.A. stated that at the time the citation was served it had in its possession or under its control, property belonging to Marcello. Based upon JP Morgan Chase, N.A.'s answer, the United States is entitled to $29,211.38, which represents Marcello's interest in the IRA fund account being held by the respondent, which are not exempt from garnishment. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

8. JP Morgan Chase, N.A. has confirmed that it is still holding the funds.

9. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have 02 CR 1050-8 written in the lower left corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604

10. The United States has provided all notices required by law.

WHEREFORE, the United States requests entry of turnover orders directing the respondents:

(a) Prudential Financial, to submit to the Clerk of the Court $5,641.19, which represents the value of account belonging to Marcello and not exempt from garnishment, to be applied to the outstanding judgment.

(b) JP Morgan Chase, N.A., to submit to the Clerk of the Court $29,211.38, which represents the value of account belonging to Marcello and not exempt from garnishment, to be applied to the outstanding judgment.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Scott D. Heffron
SCOTT D. HEFFRON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-886-4190
scott.heffron@usdoj.gov

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| | ) No. 02 CR 1050-8 |
| Michael Marcello, | ) |
| Defendant, | ) Judge: James B. Zagel |
| and | ) |
| Prudential Financial, | ) |
| Third Party Citation Respondent. | ) |

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, __Carol Herceg__, the __Mgr, Paralegal__ of Respondent, __↳ The Prudential Insurance Co. of America__ state
  (name)                 (title)
under penalty of perjury as follows:

The Respondent is a __Corp__ organized under the laws of the State of __New Jersey__.
                      (partnership, corporation)

On __11/19/2014__, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, Michael Marcello, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. **Financial Accounts**

**Account 1**

Account type: __life insurance__
Account No.: ███████████
Amount: $ __$5,641.14__
Amount withheld: $ _____

**Account 2**

Account type: _____
Account No.: _____
Amount: $ _____
Amount withheld: $ _____

**Account 3**

Account type: _____
Account No.: _____
Amount: $ _____
Amount withheld: $ _____

**Account 4**

Account type: _____
Account No.: _____
Amount: $ _____
Amount withheld: $ _____

2. Safety Deposit Box

    Box No.:

    Amount: $_____

    Owners other than the judgment debtor: _____

3. Detail other personal property in the respondent's possession or control:

_____.

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?

    Yes ___ No _X_

If the answer is yes, describe below.

_____.

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?

    Yes ___ No _X_

If yes, please describe below (continue on additional sheets if necessary):

_____.

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

    ___ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:

    ___ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be delivered in person or sent by first-class mail to the United States Attorney's Office, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604.

8. The Respondent mailed a copy of this Answer by first-class mail to:

(A) the defendant, Michael Marcello, at ▮▮▮▮▮ Palatine, IL ▮▮▮▮▮

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of Dec., 2015.

*Carol Herceg*

(Please print and sign name.) Carol Herceg

Phone No. 215-784-2235

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | No 02 CR 1050-8 |
| vs. | ) | Judge: James B Zagel |
| Michael Marcello, | ) | |
| Defendant, | ) | |
| and | ) | |
| JP Morgan Chase, NA, | ) | |
| Third Party Citation Respondent. | ) | |

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, **DANA S GRANT** (name), the **Doc Review Sr Specialist II** (title) of Respondent, **JP Morgan Chase NA**, state under penalty of perjury as follows

The Respondent is a ~~corporation~~ organized under the laws of the State of **Texas**
(partnership, corporation)

On **8/28/2019**, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, Michael Marcello, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. Financial Accounts

### Account 1

Account type **IRA Fund Account**
Account No. **2657**
Amount: $ **Market value of $29,211.38**
Amount withheld $ **market value of $29,211.38 value is subject to market fluctuations, early withdrawal penalties, and required tax withholding.**

### Account 2

Account type _____
Account No. _____
Amount: $_____
Amount withheld $_____

### Account 3

Account type _____
Account No. _____
Amount: $_____
Amount withheld $_____

### Account 4

Account type _____
Account No. _____
Amount: $_____
Amount withheld $_____

2.    Safety Deposit Box

      Box No.

      Amount: $ _____

      Owners other than the judgment debtor _____

3. Detail other personal property in the respondent's possession or control

_____

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?

    Yes ___ No _X_

If the answer is yes, describe below

_____

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?

    Yes ___ No _X_

If yes, please describe below (continue on additional sheets if necessary)

_____

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

   ___ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim

   ___ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be delivered in person or sent by first-class mail to the United States Attorney's Office, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

8. The Respondent mailed a copy of this Answer by first-class mail to

(A) the defendant, Michael Marcello, at ████████████████

Darien, IL ████████████

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 3Rd day of December, 2015

Dana S. Grant
(Please print and sign name)

Phone No. 210-489-8637

Doc Review Sr Specialist II

**DANA S GRANT**

SUBSCRIBED AND SWORN to before me on this 03 day of December, 2015

NOTARY PUBLIC
Residing at: County of Bexar, State of TEXAS
My commission expires: _____

THALIA QUINTERO
Notary Public, State of Texas
My Commission Expires
August 05, 2019